Tyrell M. WATERS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 285, 2016

Supreme Court of Delaware.

Submitted: August 25, 2016

Decided: October 24, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1412011482, 1412011591

AFFIRMED.

■

Shane E. MCCREARY, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 405, 2016

Supreme Court of Delaware.

Submitted: August 19, 2016

Decided: October 24, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1410015328

AFFIRMED.

Rasaun HARRIS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 414, 2016

Supreme Court of Delaware.

Submitted: August 22, 2016

Decided: October 24, 2016

Court Below—Superior Court of the State of Delaware Cr. ID No. 1008016352

DISMISSED.